# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **JANI-KING FRANCHISING, INC.** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.: 3:13-CV-04136-P** |
| | § | |
| **JANI-KING (GB) LTD.** | § | |
| *Defendant.* | § | |

## Defendant's Original Answer and Affirmative Defenses

Defendant, Jani-King (GB) Ltd., files this, its Original Answer and Affirmative Defenses, and shows the following:

### Discovery Plan

1.      Defendant admits Plaintiff seeks Level 2 discovery.

### Parties

2.      Defendant does not have sufficient information or knowledge to admit or deny ¶ 2 of Plaintiff's Original Petition; therefore, deny.

3.      Admit.

### Venue and Jurisdiction

4.      Deny.

5.      Defendant does not have sufficient information or knowledge to admit or deny ¶ 5 of Plaintiff's Original Petition; therefore, deny.

### Request for Disclosures

6.      Defendant admits Plaintiff requests disclosure of the information set forth in Rule 194.2 of the Texas Rules of Civil Procedure.

### The Jani-King System

7.    Defendant does not have sufficient information or knowledge to admit or deny ¶ 7 of Plaintiff's Original Petition; therefore, deny.

### The Regional Franchise Agreement

8.    Deny.

### JKGB Ceases Making Royalty Payments to Jani-King

9.    Deny.

### Breach of Contract

10.    Deny.

### Conditions Precedent

11.    Deny.

### Request for Jury Trial

12.    Defendant admits Plaintiff request a trial by jury.

### Attorneys' Fees

13.    Deny.

### Compliance with Rule 47

14.    Defendant admits Plaintiff seeks monetary relief in excess of $1,000,000, but denies Plaintiff is entitled to any damages and/or monetary relief..

### Prayer

15.    Deny.

        1)  Deny.

        2)  Deny.

        3)  Deny.

4)  Deny.

5)  Deny.

6)  Deny.

### Statement of Affirmative Defenses

### First Affirmative Defense

1.      The Petition fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

2.      Defendant asserts Plaintiff's claims are barred by excessive demand.

### Third Affirmative Defense

3.      Defendant asserts that Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate its damages.

### Fourth Affirmative Defense

4.      Pursuant to TEX CIV. PRAC. & REM. CODE §§ 41.001 *et seq.*, if the Court finds Plaintiff to be eligible for punitive damages, which Defendant strictly denies, then any claim for exemplary or punitive damages are subject to statutory limitations.

### Specific Denial

1.      Pursuant to TEX. R. CIV. P. 94, Plaintiff's claims are barred, in whole or in part, by a failure of a condition precedent; specifically, failure to make a proper demand.

### Prayer

Defendant, Jani-King (GB) Ltd., prays as follows:

(a)      Plaintiff take nothing by its claims and Defendant recover its costs and attorneys' fees, if applicable, pursuant to Chapters 38 and 134 of TEX. CIV. PRAC. & REM. CODE;

(b)     Defendant be awarded such other and further relief, general and special, in law or

in equity, to which it is justly entitled.

Respectfully submitted,

THE WILLIS LAW GROUP

By: _____ /S/  Michael R. Cramer _____
        Michael R. Cramer
        Texas State Bar No. 00790526
        10440 N. Central Expressway
        Suite 520
        Dallas, Texas 75231
        Telephone: 214.736.9433
        Facsimile: 214.736.9994
        *Attorneys for Defendant*

## Certificate of Service

I hereby certify that, on November 14, 2013 I electronically filed notice that a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

**Via ECF Filing**
J. Cary Gray
Jonathan M. Hyman
LOOPER REED & McGRAW PC
1300 Post Oak Blvd., Ste. 2000
Houston, Texas 77056

_____ /S/  Michael R. Cramer _____
                    Michael R. Cramer